UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan A. CASTRO ANICO,
Defendant–Appellant.

No. 04–15408
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 5, 2005.

Thomas H. Ostrander, Abradenton, FL, for Defendant–Appellant.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Juan A. Castro Anico, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Anico's conviction and sentence is **AFFIRMED**.